### REYNOLDS v. ROBERTSON.

#### No. 8490; December 8, 1884.

4 Pac. 1192.

**Judgment—Action on.—The Plea of Nul Tiel Record** is a good defense to an action on a judgment.

APPEAL from the Superior Court of the City and County of San Francisco.

T. C. Van Ness for appellant; H. C. Firebaugh for respondent.

By the COURT.—The first defense set up in the answer of the defendant is substantially that of nul tiel record. Such a defense to an action on a judgment is a good one, and the court, therefore, erred in sustaining a demurrer to it. Judgment reversed, and cause remanded for a new trial.